**Fernando BENITEZ and Alina Benitez, his wife, Plaintiffs–Appellees,**

v.

**STANDARD HAVENS PRODUCTS, INC., a foreign corporation, Defendant/Third Party Plaintiff–Appellant.**

No. 92–4470.

United States Court of Appeals, Eleventh Circuit.

Feb. 6, 1995.

Kathleen M. O'Connor, Thornton, David, Murray, Richard & Davis, P.A., Miami, FL, for appellant.

G. William Bissett, Hardy, Bissett & Lipton, P.A., Miami, FL, for appellees.

Before EDMONDSON and CARNES, Circuit Judges, and HILL, Senior Circuit Judge.

PER CURIAM:

Following oral argument, we certified the following question to the Supreme Court of Florida:

DOES A PLAINTIFF'S KNOWING MIS-USE OF A PRODUCT IN A MANNER NEITHER INTENDED NOR FORE-SEEABLE BY THE DEFENDANT MANUFACTURER BAR RECOVERY, AS A MATTER OF LAW, ON A PROD-UCTS LIABILITY CLAIM SOUNDING IN NEGLIGENCE?

*Benitez v. Standard Havens Products, Inc.*, 7 F.3d 1561, 1565 (11th Cir.1993). Our earlier opinion contains a statement of the relevant facts and proceedings, which need not be repeated here.

The Florida Supreme Court has now an-swered the question in the negative. *Stan-dard Havens Products, Inc. v. Benitez*, 648 So.2d 1192 (Fla.1994). In light of the Florida Supreme Court's opinion, we AFFIRM the jury's verdict in favor of Fernando Benitez in the amount of $1,050,000, and in favor of Alina Benitez in the amount of $175,000.